UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | |
|---|---|
| OMAR FLORES,<br><br>    Petitioner,<br><br>V.<br><br>GREGORY KIZZIAH, Warden,<br><br>    Respondent. | Civil Action No. 7: 17-126-KKC<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Omar Flores [R. 1] is **DENIED AS MOOT** with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of the respondent, Warden Gregory Kizziah.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated August 6, 2018.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

1